# Exhibit "A"

