# Exhibit "C"





