# Exhibit "D"

